UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE
AT CHATTANOOGA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | Case No. 1:10-CR-75 |
| v. ) | |
| ) | COLLIER/CARTER |
| PHILLIP GREEN ) | |

## MEMORANDUM AND ORDER

The defendant appeared for a hearing before the undersigned on August 23, 2010, in accordance with Rule 46(c) of the Federal Rules of Criminal Procedure and 18 U.S.C. §§ 3143 and 3148 on the Petition for Action on Conditions of Pretrial Release. Those present for the hearing included:

(1) AUSA Perry Piper for the USA.
(2) The defendant, PHILLIP GREEN.
(3) Attorney Rich Heinsman for defendant.
(4) Deputy Clerk Kelli Jones.

After being sworn in due form of law the supervised releasee was informed or reminded of his privilege against self-incrimination accorded him under the 5th Amendment to the United States Constitution.

It was determined defendant had been provided with a copy of the Petition for Action on Conditions of Pretrial Release and had the opportunity of reviewing those documents with his attorney. The defendant was advised of his right to a hearing but waived the hearing and consented to the entry of an order finding that he had violated his conditions of release.

Based on the allegations of the petition and the waiver of the defendant, I find that defendant has violated his conditions of release. His bond conditions are revoked and he is ordered into custody to be detained without bail pending trial.

It is ORDERED that the defendant be DETAINED WITHOUT BAIL.

ENTER.

*s/William B. Mitchell Carter*
UNITED STATES MAGISTRATE JUDGE